UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MILDRED BENTON,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**ALLY FINANCIAL SERVICES,**<br><br>    **Defendant.** | Case No.:  2:17-cv-03177-CDJ |

## AGREED ORDER

Plaintiff Mildred Benton and Defendant Ally Financial Inc., through their respective attorneys of record, pursuant to Fed. R. Civ. P. 26(c), respectfully jointly moved the Court for entry of the Confidentiality Agreement.

AND NOW this ____ day of _____ 2018, upon consideration of the Parties' Joint Motion to Enter Confidentiality Agreement, it is hereby ORDERED and DECREED that the Joint Motion is GRANTED.

IT IS SO ORDERED.

BY THE COURT:

_____

Honorable C. Darnell Jones, II

**WE ASK FOR THIS:**

*/s/ Ethan G. Ostroff*
Darren Dwyer (PA Bar No: 312399)
401 9th Street NW
Suite 1000
Washington DC 20004
Telephone:     202-274-2952
Facsimile:     202-274-2994
Email: darren.dwyer@troutman.com

Ethan G. Ostroff (*pro hac vice*)
TROUTMAN SANDERS LLP
222 Central Park Avenue
Virginia Beach, Virginia 23462
Telephone: (757) 687-7541
Facsimile: (757) 687-1541
Email: ethan.ostroff@troutman.com

*Counsel for Defendant Ally Financial Inc.*


**SEEN AND AGREED:**

*/s/ Richard Albanese*
Rachel R. Stevens
Richard Albanese
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 877-788-2864
teamkimmel@creditlaw.com

*Counsel for Plaintiff Mildred Benton*

35412252v1