

CRAIG THOR KIMMEL[+-^]
ROBERT M. SILVERMAN[+*-]

AMY L. BENNECOFF GINSBURG[+*¤#µℓ]
W. CHRISTOPHER COMPONOVO[x§]
CHAD P. DOMAN[+]
RYAN FITZGERALD[+]
JASON L. GRESHES[+-]
SHANNON R. HARKINS[+*]
JACQUELINE C. HERRITT[+*¤¥-○*●]
JOSEPH C. HOEFFEL[*]
RACHEL M. MALL[+*]
ROBERT A. RAPKIN[*]
RACHEL R. STEVENS[+*ℓ]
ANGELA K. TROCCOLI[¤±]

+ *Member, PA Bar*
* *Member, NJ Bar*
x *Member, DE Bar*
- *Member, NY Bar*
^ *Member, MA Bar*
# *Member, MD Bar*
● *Member, OH Bar*
§ *Member, MI Bar*
¤ *Member, NH Bar*
± *Member, CT Bar*
* *Member, TN Bar*
µ *Member, WY Bar*
¥ *Member, DC Bar*
ℓ *Member, CA Bar*
○ *Member, WI Bar*
£ *Member, WV Bar*
!! *Member, FL Bar*
∩ *Member, IL Bar*

# KIMMEL & SILVERMAN
## P.C.

[www.CREDITLAW.com](www.CREDITLAW.com)
### (800)-NOT-FAIR

**CORPORATE HEADQUARTERS**
30 E. Butler Pike, Ambler, PA 19002
Toll Free (800)-668-3247
Fax (877) 788-2864

**DELAWARE**, 501 Silverside Road, Suite 118, Wilmington, DE 19809, (302) 791-9373

**NEW ENGLAND**, 136 Main Street, Suite 301, Danielson, CT 06239, (860) 866-4380

**NEW JERSEY**, Executive Quarters, 1930 E. Marlton Pike, Suite Q29, Cherry Hill, NJ 08003, (856) 429-8334

**NEW YORK**, 1001 Avenue of the Americas, 12th Floor, New York, NY 10018, (212) 719-7543

**W. NEW YORK**, 1207 Delaware Avenue, Suite 440, Buffalo, NY 14209, (716) 332-6112

**W. PENNSYLVANIA,** 100 Ross Street, Suite 330, Pittsburgh, PA 15219, (412) 566-1001

**Please reply to CORPORATE HEADQUARTERS**

August 8, 2017

Via ECF
HONORABLE C. DARNELL JONES, II

    **Re:**    **Case Name:**   **BENTON v. ALLY FINANCIAL SERVICES**
             **Case Number:**      **2:17-cv-03177-CDJ**

To Whom It May Concern:

      Please find this letter as notice that the parties have amicably resolved this matter. Kindly accept this letter as a formal request for this Honorable Court to enter an order, pursuant to Local Rule 41.1(b).

           Respectfully submitted,

           */s/ Richard J. Albanese*
           Richard J. Albanese, Esq.
           Kimmel & Silverman, P.C.
           Attorney for Plaintiffs,
           Mildred Benton